Jennifer L. Diaz-Diaz, #886224
Allen County Jail
417 South Calhoun Street
Fort Wayne, IN 46802

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
5400 FEDERAL PLAZA
HAMMOND, INDIANA 46320

OFFICIAL BUSINESS

FILED
DEC 06 2023
At _____ M
Chanda J. Berta, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

S SUBURBAN IL 604  NEOPOST
10/30/2023
US POSTAGE $000.63⁰

FIRST-CLASS MAIL
ZIP 46320
041M11465283



This person is not currently an inmate at the Allen County Jail.

RETURN TO SENDER



RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD
BC: 46320184099    *1161-03222-31-42